

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-15-00057-CR

---

MARCUS LESLIE, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 13-F-1027-005

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Leslie P. Bates recorded the trial court proceedings in appellate cause number 06-15-00057-CR, styled *Marcus Leslie v. The State of Texas*, trial court cause number 13F1027-005 in the 5th Judicial District Court of Bowie County, Texas. The reporter's record was originally due in this matter June 1, 2015. That deadline was extended twice by this Court on Bates' requests, resulting in the most recent due date of July 31, 2015. Bates has now filed a third request seeking an additional fourteen-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Bates' third request for an extension of the filing deadline and hereby order her to file the reporter's record in cause number 06-15-00057-CR, styled *Marcus Leslie v. The State of Texas*, trial court cause number 13F1027-005 in the 5th Judicial District Court of Bowie County, Texas, to be received by this Court no later than Friday, August 14, 2015.

If the reporter's record is not received by August 14, we warn Bates that we may begin contempt proceedings and order her to demonstrate why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.


BY THE COURT

Date:  August 4, 2015